

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Rosas, Alexander Renato DEFENDANT(S). | CASE NUMBER SACR 12-186 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Wednesday Aug 15, 2012__, at __9:00__ ☒ a.m. / ☐ p.m. before the Honorable __Cormac J. Carney__, in Courtroom __9B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ~~(Other custodial officer)~~ and produced for the hearing.

Dated: __8/10/12__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                    Page 1 of 1